```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                          Case No. 20-01384-HWV
Nadine Renee McQuiston                                          Chapter 13
      Debtor                     CERTIFICATE OF NOTICE
District/off: 0314-1       User: AutoDocke          Page 1 of 1         Date Rcvd: Jun 01, 2020
                           Form ID: ntcnfhrg        Total Noticed: 14
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 03, 2020.
db             +Nadine Renee McQuiston,    619 2nd Street,    Enhaut, PA 17113-1501
5323508        +AmeriChoice Federal Credit Union,    20 Sporting Green Drive,    Mechanicsburg, PA 17050-2392
5323509         Apothaker Scian, PC,    520 Fellowship Road, Suite C306,    PO Box 5496,
                 Mount Laurel, NJ 08054-5496
5323512        +CBNA / National Tire & Battery,    PO Box 20507,   Kansas City, MO 64195-0507
5327760         Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
5328819        +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
5323515        +PNC Bank, NA,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 01 2020 20:05:31
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5323511         E-mail/Text: bankruptcy@cavps.com Jun 01 2020 20:01:54      Cavalry Portfolio Services,
                 PO Box 27288,    Tempe, AZ 85285
5323510         E-mail/Text: bncnotices@becket-lee.com Jun 01 2020 20:01:17      Capital One Bank / Kohl's,
                 N56 West 17000 Ridgewood Drive,    Menomonee Falls, WI 53051
5323513         E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 01 2020 20:05:23      Chase Card,
                 PO Box 15298,    Wilmington, DE 19850
5323514        +E-mail/Text: camanagement@mtb.com Jun 01 2020 20:01:29      M&T Bank,
                 Attn: Legal Document Processing,    626 Commerce Drive,    Amherst, NY 14228-2391
5323958        +E-mail/PDF: gecsedi@recoverycorp.com Jun 01 2020 20:04:22      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5323516         E-mail/PDF: gecsedi@recoverycorp.com Jun 01 2020 20:04:49      Synchrony Bank / Lowe's,
                 Attn: Bankruptcy Department,    PO Box 965061,    Orlando, FL 32896-5061
                                                                                               TOTAL: 7

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 1, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James    Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Paul Donald Murphy-Ahles    on behalf of Debtor 1 Nadine Renee McQuiston pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4

| UNITED STATES BANKRUPTCY COURT | |
|---|---|
| MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: | |
| Nadine Renee McQuiston,<br>fka Nadine Renee Confair, | Chapter 13 |
| **Debtor 1** | Case No. 1:20−bk−01384−HWV |

# Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**July 1, 2020** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court<br>The hearing will be held telephonically, using CourtCall. Please contact them, at 866−582−6878, no later than 24 hours, before your hearing. | Date: July 8, 2020<br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: ChristopherGambini, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: June 1, 2020 |

ntcnfhrg (03/18)