UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN R:   NADINE RENEE MCQUISTON     :   CHAPTER 13
       Debtor(s)       :
                                          :

       CHARLES J. DEHART, III           :
       STANDING CHAPTER 13 TRUSTEE   :
         Movant          :
                                          :
         vs.              :
                                          :

       NADINE RENEE MCQUISTON     :
         Respondent(s)        :   CASE NO.   1-20-bk-01384

WITHDRAWAL OF TRUSTEE'S OBJECTION TO
CHAPTER 13 PLAN

AND NOW, this   5th   day of June, 2020, comes Charles J. Dehart, III,

Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed

on or about June 3, 2020 be withdrawn, as all issues have been resolved.

                           Respectfully submitted:

                           /s/Charles J. DeHart, III
                           Standing Chapter 13 Trustee
                           8125 Adams Drive, Suite A
                           Hummelstown, PA 17036
                           (717) 566-6097

CERTIFICATE OF SERVICE

         AND NOW, this   5th   day of June, 2020, I hereby certify that I have served the
within Motion by electronically notifying parties or by depositing a true and correct copy of the
same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail,
addressed to the following:

Paul Murphy-Ahles, Esquire
2132 Market Street
Camp Hill, PA   17011

                           /s/Deborah A. Behney
                           Office of Charles J. DeHart, III
                           Standing Chapter 13 Trustee